DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TAMRA FIORITO,**
Appellant,

v.

**HERITAGE PARK HOMEOWNERS ASSOCIATION, INC.,**
Appellee.

No. 4D17-3946

[January 31, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 502017CA003459XXXXMB.

Tamra Fiorito, Delray Beach, pro se.

Seth M. Amkraut of Gerstin & Associates, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***